E. LEIF REID,
Nevada Bar No. 5750
DARREN J. LEMIEUX,
Nevada Bar No. 9615
TARA C. ZIMMERMAN,
Nevada Bar No. 12146
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone Number: (775) 823-2900
Fax Number: (775)823-2929
lreid@lrlaw.com
dlemeiux@lrlaw.com
tzimmerman@lrlaw.com

JOSEPH M. ALIOTO
California Bar Number 42680
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone Number: (415) 434-8900
Fax Number: (415) 434-9200
Email: jmalioto@aliotolaw.com
(Pro Hac Vice Application Pending)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN L. GREENSPUN, AN INDIVIDUAL; THE BRIAN L. GREENSPUN SEPARATE PROPERTY TRUST, DATED JULY 11, 1990; THE AMY GREENSPUN ARENSON 2010 LEGACY TRUST, <br><br> PLAINTIFFS, <br><br> VS. <br><br> STEPHENS MEDIA LLC, a Nevada limited liability company; STEPHENS HOLDING COMPANY OF ARKANSAS, an Arkansas corporation; SF HOLDING CORP., an Arkansas foreign corporation, d/b/a STEPHENS MEDIA GROUP; DR PARTNERS, a Nevada General Partnership, d/b/a STEPHENS MEDIA GROUP; STEPHENS MEDIA INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company; MICHAEL FERGUSON, an individual; WARREN A. STEPHENS, an individual, DOES, I-X, inclusive, <br><br> DEFENDANTS. | Case No. 2:13-cv-01494-JCM-PAL <br><br> **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

3719954.1

Plaintiffs, Brian L. Greenspun, an individual; Brian L. Greenspun, as trustee of The Brian L. Greenspun Separate Property Trust, dated July 11, 1990; Brian L. Greenspun, as trustee of The Amy Greenspun Arenson 2010 Legacy Trust (collectively, "Plaintiffs"), through their attorney of record, Lewis and Roca LLP, hereby respectfully request that this Court take judicial notice of the following documents in support of Plaintiffs' Motion to for Preliminary Injunction (Doc. 2):

- Newspaper Preservation Act, 15 U.S.C. § 1801, Congressional declaration of policy, attached hereto as **Exhibit 1**;
- July 2011 Report of the Federal Communications Commission's Working Group on Information Needs of Communities entitled "The Information Needs of Communities: The changing media landscape in a broadband age" ("FCC Report"), available at www.fcc.gov/infoneedsreport and attached hereto as **Exhibit 2**.

In its Temporary Restraining Order and Order Setting Preliminary Injunction Hearing and Briefing Schedule (Doc. 9) ("Temporary Restraining Order"), this Court took "judicial notice of the fact that newspapers around the country are ceasing publication, and the public seems to prefer the Internet as its source of information. Disparate cities that supported two or more newspapers (Seattle, Nashville, and Honolulu, for example) are effectively supporting only one. In many cases, the defunct newspaper is now reporting on line." Temporary Restraining Order (Doc. 9) at ¶ 4. Plaintiffs respectfully request that the Court take judicial notice of 15 U.S.C. § 1801 and the FCC Report, particularly the Executive Summary on pages 5-7, the Overview on pages 8-31, and Chapters 1, 3-4, 21-22, 25 and 35.

As to 15 U.S.C. § 1801, "[c]ourts routinely take judicial notice of the law as set forth in federal and state constitutions, statutes, and court decisions." *In re Poirier*, 346 B.R. 585, 587 (Bankr. D. Mass. 2006) (citing generally *Getty Petroleum Marketing, Inc. v. Capital Terminal Co.*, 391 F.3d 312, 321 (1st Cir.2004)(concurring opinion by Judge Lipez)); *see also Martinez v. Welk Grp., Inc.*, 09 CV 2883 MMA WMC, 2011 WL 90313 (S.D. Cal. Jan. 11, 2011) ("Courts routinely take judicial notice of state or federal statutes and regulations.") (internal citations omitted). Therefore, judicial notice of the congressional intent set forth in 15 U.S.C. § 1801 is appropriate.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

3719954.1

As to the FCC Report, pursuant to Rule 201(c) of the Federal Rules of Evidence, a court "must take judicial notice if a party requests it and the court is supplied with the necessary information." FED. R. EVID. 201(c)(2). Moreover, facts capable of being judicially noticed are those which are not susceptible to reasonable dispute because the fact is either "generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b). The reports of an administrative agency are records that fall within this rule. *See, e.g., Mack v. S. Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir.1986) (stating that a court "may take judicial notice of records and reports of administrative bodies) (internal citation and quotation omitted), overruled on other grounds in *Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991); *Anderson v. Holder*, 673 F.3d 1089, 1094 (9th Cir. 2012) (citing *Mack* and taking judicial notice of an interpretation published by the U.S. Citizenship and Immigration Services); *In re Wellbutrin SR/Zyban Antitrust Litig.*, 281 F. Supp. 2d 751, 755 (E.D. Pa. 2003) (taking judicial notice of a Federal Drug Administration publication published and available online).

Based upon the foregoing, Plaintiffs respectfully request that the Court take judicial notice of the FCC Report and consider the facts stated therein when ruling on Plaintiffs' Motion for Preliminary Injunction (Doc. 2). Plaintiffs further request that the Court take judicial notice of the Congressional policy set forth in 15 U.S.C. § 1801.

Dated this 30th day of August, 2013.

LEWIS AND ROCA LLP

BY: *Tara C. Zimmerman*
E. LEIF REID,
DARREN J. LEMIEUX,
TARA C. ZIMMERMAN
50 West Liberty Street, Suite 410
Reno, Nevada 89501

JOSEPH M. ALIOTO
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Lewis and Roca LLP and that on the 30th day of August, 2013, service of the **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** upon Defendants was made by depositing a copy for mailing, first class mail, postage prepaid, at Reno, Nevada to the following:

Donald J. Campbell
J. Colby Williams
Campbell & Williams
700 South 7th Street
Las Vegas, Nevada 89101

Mark A. Hinueber
Stephens Media
PO Box 70
Las Vegas, Nevada 89125-0070

DATED this 30th day of August, 2013.

*Rebecca Tau*
An Employee of Lewis and Roca LLP