CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

NIXON PEABODY, LLP
GORDON L. LANG, ESQ. (*pro hac vice* to be filed)
glang@nixonpeabody.com
401 Ninth Street NW, Suite 900
Washington, D.C. 20004
Telephone: (202) 585-8000
Facsimile: (202) 585-8080

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN L. GREENSPUN, an individual; THE BRIAN L. GREENSPUN SEPARATE PROPERTY TRUST, DATED JULY 11, 1990; THE AMY GREENSPUN ARENSON 2010 LEGACY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHENS MEDIA, LLC, a Nevada limited liability company; STEPHENS HOLDING COMPANY OF ARKANSAS, an Arkansas corporation; SF HOLDING CORP., an Arkansas foreign corporation, d/b/a STEPHENS MEDIA GROUP; DR PARTNERS, a Nevada general partnership, d/b/a STEPHENS MEDIA GROUP; STEPHENS MEDIA INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company; MICHAEL FERGUSON, an individual; WARREN STEPHENS, an individual; DOES, I-X, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01494-JCM-PAL<br><br><br><br>**ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1

Plaintiffs' Emergency Motion for Preliminary Injunction [Dkt. No. 2] came before this Court for hearing on September 6, 2013.  E. Leif Reid, Esq. of Lewis Roca Rothgerber, LLP and Joseph M. Alioto, Esq. of Alioto Law Firm appeared on behalf Plaintiffs.  Donald J. Campbell, Esq. and J. Colby Williams, Esq. of Campbell & Williams and Gordon L. Lang, Esq. of Nixon Peabody, LLP appeared on behalf of Defendants.  Having considered the papers and pleadings filed on behalf of all parties, the arguments of counsel presented at the hearing, and good cause appearing:

THE COURT HEREBY FINDS there is no definitive contract or agreement that presently exists between Defendants and Las Vegas Sun, Inc. and/or the Greenspun Media Group terminating the Joint Operating Agreement under which the Las Vegas Review-Journal and Las Vegas Sun newspapers are published.  Accordingly, Plaintiffs' complaint that the termination of the Joint Operating Agreement will violate antitrust laws is premature and not ripe.  For these reasons and those set forth in more detail on the record at the time of hearing, Plaintiffs' request for a preliminary injunction is without merit.

THE COURT FURTHER FINDS that Plaintiffs The Brian L. Greenspun Separate Property Trust Dated July 11, 1990 and The Amy Greenspun Arenson 2010 Legacy Trust are not proper parties to this action as they are legally nonexistent entities.  *See Causey v. Carpenters So. Nev. Vacation Trust*, 600 P.2d 244 (Nev. 1979).

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Emergency Motion for Preliminary Injunction is DENIED, and the Temporary Restraining Order [Dkt. No. 9] previously issued by the Court on August 27, 2013 is hereby DISSOLVED.

DATED September 13, 2013.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE