1  JOSEPH M. ALIOTO (admitted *pro hac vice*)
   California Bar No. 42680
2  ALIOTO LAW FIRM
   One Sansome Street, 35th Floor
3  San Francisco, CA 94104
   Telephone Number:  (415) 434-8900
4  Fax Number:  (415) 434-9200
   jmalioto@aliotolaw.com
5
   THOMAS G. RYAN
6  Nevada Bar No. 9378
   LEWIS ROCA ROTHGERBER LLP
7  3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169
8  Telephone Number:  (702) 949-8200
   Fax Number:  (702) 949-8398
9  tryan@lrrlaw.com

10 E. LEIF REID
   Nevada Bar No. 5750
11 DARREN J. LEMIEUX
   Nevada Bar No. 9615
12 TARA C. ZIMMERMAN
   Nevada Bar No. 12146
13 LEWIS ROCA ROTHGERBER LLP
   50 West Liberty Street, Suite 410
14 Reno, Nevada  89501
   Telephone Number:  (775) 823-2900
15 Fax Number:  (775) 823-2929
   lreid@lrrlaw.com
16 dlemieux@lrrlaw.com
   tzimmerman@lrrlaw.com
17
   *Attorneys for Plaintiffs*

18
19                    UNITED STATES DISTRICT COURT
                            DISTRICT OF NEVADA
20

21 BRIAN L. GREENSPUN, an individual; THE
   BRIAN L. GREENSPUN SEPARATE PROPERTY          Case No. 2:13-cv-01494-JCM-PAL
22 TRUST, DATED JULY 11, 1990; THE AMY
   GREENSPUN ARENSON 2010 LEGACY TRUST,
23                                                      ORDER GRANTING
                    PLAINTIFFS,                  MOTION TO FILE DECLARATION OF
24                                               LAWRENCE A. KASTEN IN SUPPORT
   VS.                                           OF LEWIS ROCA ROTHGERBER
25                                               LLP'S RENEWED MOTION TO
   STEPHENS MEDIA LLC, a Nevada limited          WITHDRAW AS COUNSEL UNDER
26 liability company; STEPHENS HOLDING           SEAL
   COMPANY OF ARKANSAS, an Arkansas
27 corporation; SF HOLDING CORP., an Arkansas
   foreign corporation, d/b/a STEPHENS MEDIA
28 GROUP; DR PARTNERS, a Nevada General
   Partnership, d/b/a STEPHENS MEDIA GROUP;

|   |   |
|---|---|
| STEPHENS MEDIA INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company; MICHAEL FERGUSON, an individual; WARREN A. STEPHENS, an individual, DOES, I-X, inclusive, | |
| DEFENDANTS. | |

Pending before this Court is Lewis Roca Rothgerber LLP's Motion to File Declaration of Lawrence A. Kasten in Support of Lewis Roca Rothgerber LLP's Renewed Motion to Withdraw as Counsel Under Seal. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents. Fed. R. Civ. P. 26(c). A particularized showing of "good cause" under Federal Rule of Civil Procedure 26(c) is sufficient to preserve the secrecy of sealed documents in filed in relation to a non-dispositive motion. *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135, 1138 (9th Cir. 2003). Having considered Lewis Roca Rothgerber LLP's Motion, and good cause existing:

IT IS HEREBY ORDERED that Lewis Roca Rothgerber LLP's Motion to File Declaration of Lawrence A. Kasten in Support of Lewis Roca Rothgerber LLP's Renewed Motion to Withdraw as Counsel Under Seal is GRANTED. The Clerk of the Court shall file under seal the Declaration of Lawrence A. Kasten in Support of Lewis Roca Rothgerber LLP's Renewed Motion to Withdraw as Counsel (Dkt. #XX).

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2014

3767627.1