# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN L. GREENSPUN, et al., | 2:13-CV-1494 JCM (PAL) |
| Plaintiff(s), | |
| v. | |
| STEPHENS MEDIA, LLC, et al., | |
| Defendant(s). | |

## ORDER

Presently before the court is a motion to dismiss filed by defendants DR Partners, Michael Ferguson, SF Holding Corp., Warren A. Stephens, and Stephens Holding Company of Arkansas. (Doc. # 48). Plaintiffs have responded (doc. # 61) and defendants have replied (doc. # 62).

The parties have indicated they have reached an agreement which will resolve the instant lawsuit. (*See, e.g.*, doc. # 95). In light of that agreement, the court denies the instant motion without prejudice.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to dismiss (doc. # 48) be, and the same hereby is, DENIED without prejudice.

DATED July 10, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**